IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN THE MATTER OF THE ) <br> TAX INDENTEDNESS OF ) <br> SANTANA FOOD MARKET, INC. ) <br> 601 University Ave. SE ) <br> Minneapolis, MN 55414 ) <br> ) <br> ) | No. 15-mj-450 (TNL) |

**ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY**

The United States, having filed an application requesting authorization for Crystal Hosfield, a Revenue Officer of the Internal Revenue Service, and/or other employees, as designated by the Internal Revenue Service, who may be escorted by employees of the U.S. Treasury Inspector General for Tax Administration, to enter the premises located at 601 University Avenue Southeast, Minneapolis, MN 55414, in order to seize property in satisfaction of unpaid federal taxes, together with the Revenue Officer's affidavit in support of that application, and the Court finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property belonging to Santana Food Market, Inc., which are subject to levy by the United States pursuant to 26 U.S.C. § 6331 are located on or within the premises described, it is

**HEREBY ORDERED** that Crystal Hosfield and/or other employees, as designated by the Internal Revenue Service, and employees of the U.S. Treasury Inspector General for Tax Administration, are authorized to enter the premises described and to make such search as is necessary in order to levy and seize, pursuant to 26 U.S.C. § 6331. In making this search and seizure, however, such Revenue Officer and/or other


SCANNED
JUN 08 2015
U.S. DISTRICT COURT ST. PAUL

employees are directed to enter the premises described during business hours or the daytime and within 10 days of the date of this order.

**IT IS FURTHER ORDERED** that if Santana Food Market, Inc. or other occupants offer any resistance to the Revenue Officer or other employee of the Internal Revenue Service or U.S. Treasury Inspector General for Tax Administration, seeking to enter the premises described under the authority of this Order, the Revenue Officer and/or other employees shall withdraw, and may apply to the Court for such further processes as are necessary to enforce the terms of this order including a citation for contempt of this Court.

**IT IS FURTHER ORDERED** that the Revenue Officer and/or other employees, as designated by the Internal Revenue Service, shall leave a copy of this Order with the person in possession of the premises, and promptly after the entry and seizure, the officers executing this Order shall make their return to this Court with a statement of the time and circumstances of the entry and seizure.

Dated: June 5, 2015

Tony N. Leung
United States Magistrate Judge
District of Minnesota